IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL
RIGHTS OF D.L.S., JR., MINOR.

No. 68694

DERRICK L. S., SR.,
                              Appellant,
                    vs.
STATE OF NEVADA DEPARTMENT
OF FAMILY SERVICES,
                              Respondent.

FILED

MAR 1 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
          DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a decision of the district court to deny a motion to set aside a judgment pursuant to NRCP 60(b) and denying a motion for reconsideration. Eighth Judicial District Court, Family Court Division, Clark County; Frank P. Sullivan, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). Memos addressed to appellant from the district court law clerk, included in the documents transmitted to this court, do not constitute effective written orders of a district court. Accordingly it appears that the district court has not considered or ruled upon appellant's motions. We therefore conclude, without prejudice to

appellant's right to file a notice of appeal from a properly entered final written order, that we have no jurisdiction over this appeal, and we ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:    Hon. Frank P. Sullivan, District Judge, Family Court Division
Derrick L. S., Sr.
Clark County District Attorney/Juvenile Division
Eighth District Court Clerk